OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br><br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



April 14, 2015

Sean Bajkowski Esq.
Helen Hart Cox Esq.
George E. Mehalchick Esq.

RE: Patricia Padagomas v. Director OWCP United States De
Case Number: 14-3376
Agency Case Number: 14-0011 BLA
Agency Case Number: 14-0020 BLA

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on

The briefs on **Tuesday, April 28, 2015,** pursuant to 3rd Cir. LAR 34.1(a). Since there

will be no oral argument, your presence will not be required.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

*Carmen M. Hernandez*

By: Carmen Hernandez,

Calendar Team Coordinator

267-299-4952

MMW/CMH

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **FISHER, HARDIMAN and ROTH, Circuit Judges.**